# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

Case No.: 13-CV-80307-RYSKAMP/HOPKINS

HARRY C. MIDGLEY III, on behalf of
Himself and those similarly situated,

       Plaintiff,

v.

STERICYCLE, INC.,

       Defendant.

_____/

## ORDER TRANSFERRING VENUE

**THIS CAUSE** comes before the Court on Defendant Stericycle, Inc.'s agreed motion to transfer venue to the Northern District of Illinois **[DE 10]** filed on April 24, 2013. The Court has carefully considered the motion, applicable law, and pertinent portions of the record. For the foregoing reasons, it is hereby

       **ORDERED AND ADJUDGED** that:

1. Defendant's motion to transfer **[DE 10]** is **GRANTED**.

2. Accordingly, pursuant to 28 U.S.C. § 1404(a), the above-captioned matter, Case No. 9:13-cv-80307, shall be **TRANSFERRED** to the Eastern Division of the Northern District of Illinois for all purposes including trial.

       **DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 6 day of May, 2013.

                       /s/ Kenneth L. Ryskamp
                       KENNETH L. RYSKAMP
                       UNITED STATES DISTRICT JUDGE