IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

MDL No. 2455 - **IN RE: STERICYCLE, INC., STERI-SAFE CONTRACT LITIGATION**

CONSENT OF TRANSFEREE COURT

The United States District Court for the Northern District of Illinois hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable Milton I. Shadur for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

_____
Chief Judge

Date: 7/30/13

PLEASE **FAX** OR **EMAIL** THE SIGNED FORM TO:

Mr. Jeffery N. Lüthi, Clerk of the Panel, Judicial Panel on Multidistrict Litigation @ **fax number 202-502-2888 or email address MDLPanelOrders/JPML/DCA/JPML/USCOURTS.**

**THIS ASSIGNMENT IS CONFIDENTIAL UNTIL ORDER OF TRANSFER IS FILED BY THE PANEL**