```
 1                  UNITED STATES JUDICIAL PANEL
                    ON MULTIDISTRICT LITIGATION
 2
     _____
 3
     IN RE:
 4
     STERICYCLE, INC.,                          MDL NO. 2455
 5   STERI-SAFE CONTRACT LITIGATION
                                             Portland, Maine
     _____            July 25, 2013
 6                                               10:24 A.M.
 7

 8

 9                      TRANSCRIPT OF HEARING

10

11      PRESIDING:

12          JUDGE JOHN G. HEYBURN, II, Chairman

13          JUDGE KATHRYN H. VRATIL

14          JUDGE PAUL J. BARBADORO

15          JUDGE CHARLES R. BREYER

16          JUDGE LEWIS A. KAPLAN

17          JUDGE SARAH S. VANCE

18          (Judge Marjorie O. Rendell Recused)

19

20      Court Reporter:         Maureen Lockhart-Wagner, RMR
                                The Reporting Group
21                              Falmouth, ME  04105
                                (207)797-6040
22

23
              Proceedings recorded by mechanical stenography
24                 Transcript produced by computer

25


                         THE REPORTING GROUP
                          Mason & Lockhart
```

```
 1   APPEARANCES:

 2   For Stericycle, Inc.:

 3            Raymond J. Etcheverry, Esq.
              Parsons Behler & Latimer
 4            Salt Lake City, UT

 5   For Harry C. Midgley, III:

 6            Yitzchak Kopel, Esq.
              Bursor & Fisher, P.A.
 7            New York, NY

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1 **PROCEEDINGS**

2 JUDGE HEYBURN: Next is 2455, Stericycle Contract
3 Litigation, and we have two arguments. First for the
4 defendants, Mr. Etcheverry.
5 MR. ETCHEVERRY: Good morning, your Honor. I
6 represent the Defendant Stericycle. I'm Ray Etcheverry.
7 We have sought consolidation in front of the Northern
8 District of Illinois, Judge Shadur. Since we filed our papers,
9 there has been one additional action filed in the Southern
10 District of California. It parrots the allegations of the other
11 complaint. It seeks to certify the same nationwide class action
12 and raises the same sorts of factual issues. I think as of this
13 morning all of the parties who appeared before the Panel are now
14 in favor of centralization in the Northern District of Illinois.
15 I believe that's the most efficient forum for the litigation of
16 these cases. I think there had been an issue at the time of
17 briefing with respect to whether or not 1404 had a reasonable
18 prospect of consolidating these cases. I think all of the
19 parties now agree that there is no such reasonable prospect
20 under 1404 to get these cases consolidated. I think, in fact,
21 the plaintiffs have had discussions with some of the other folks
22 who are not here; and they've indicated that they would not
23 agree to transfer under 1404. We challenged that. So under the
24 circumstances we think that --
25 JUDGE HEYBURN: These are other plaintiffs would who

1  would not agree?

2          MR. ETCHEVERRY:  Correct.

3          JUDGE HEYBURN:  Because the -- the --

4          MR. ETCHEVERRY:  The Midgley plaintiff has now agreed

5  that centralization under 1407 is appropriate, and I think they

6  will address that issue this morning.  But I'm advised that

7  other plaintiffs in the Lyndon case have talked to the Southern

8  California plaintiffs, and they have indicated that they would

9  not agree to transfer under 1404.  And so if we're going to

10 centralize these cases, it has to be pursuant to 1407.  We think

11 that's essential in these cases because there's a great risk, I

12 think, of inconsistent rulings on the class certification issue

13 if we don't have one court dealing with this --

14         JUDGE BREYER:  Do you have a preference between -- as

15 to what judge in the Northern District of Illinois?  Judge

16 Moravich?

17         MR. ETCHEVERRY:  Well, I think we've been in front of

18 Judge Shadur with respect to both the Midgley case and the

19 Lyndon case.  I think he's more up to speed.  I don't really

20 have a preference to either of those.

21         JUDGE BREYER:  Judge Marovich has Perez?

22         MR. ETCHEVERRY:  He has the Perez case; but frankly,

23 that was assigned to him about a month ago.  There have been no

24 proceedings under Judge Marovich with respect to that case.  So

25 we would request centralization in the Northern District of

1  Illinois.  Thank you.
2           JUDGE HEYBURN:  The Perez case is a qui tam case,
3  right?
4           MR. ETCHEVERRY:  It is a qui tam case, and we have not
5  sought consolidation with that case.  It would proceed on its
6  own.
7           JUDGE HEYBURN:  Why is that?
8           MR. ETCHEVERRY:  Well, I think it's a completely
9  different case because it involves government plaintiffs.  I
10 think the issues there are different.  The parties are
11 different, and we would prefer to proceed with that case
12 separately.
13          JUDGE BREYER:  Is the discovery different?
14          MR. ETCHEVERRY:  Pardon me?
15          JUDGE BREYER:  Is the discovery really different?
16          MR. ETCHEVERRY:  I think the discovery is different.
17 The contracts are different in many respects, and I think that
18 is best handled separately.
19          JUDGE BARBADORO:  Can I challenge on that a little
20 bit?  I'm not sure I understand why that is so.  The essential
21 wrongful conduct is the same in the qui tam action as in the
22 other cases, isn't it?
23          MR. ETCHEVERRY:  Well, it's alleged to be similar
24 wrongful conduct.  I think the difference is that many of the
25 government contracts are significantly different than the

1   contracts in the civil case.  I think the contracts used with
2   respect to entities -- the governmental entities are different;
3   and I think the discovery in that case may well be different.
4               JUDGE BARBADORO:  The contract terms are different.
5               MR. ETCHEVERRY:  Correct.
6               JUDGE VANCE:  Is the government involved in this case?
7               MR. ETCHEVERRY:  No, they are not.  They've elected
8   not to intervene in the case.
9               JUDGE VANCE:  So it's basically going to be a private
10  case?
11              MR. ETCHEVERRY:  It will be a private -- a private
12  action.
13              Thank you.
14              JUDGE HEYBURN:  All right.  Thank you.
15              Mr. Kopel.
16              MR. KOPEL:  Good morning.  Yitzchak Kopel, I represent
17  the plaintiffs in the Midgley case.
18              We are in the Northern District of Illinois in front
19  of Judge Shadur.  We support centralization in the Northern
20  District of Illinois in front of Judge Shadur.  We had initially
21  advocated for Defendant Stericycle to utilize 1404.  We
22  transferred from the Southern District of Florida to the
23  Northern District of Illinois pursuant to 1404 voluntarily.  As
24  you have already heard, that hasn't materialized.  So we now
25  support centralization through 1407 in the Northern District of

1  Illinois.
2         JUDGE BREYER: Do you have a view as to what judge in
3  the Northern District of Illinois that the case should be in
4  front of?
5         MR. KOPEL: Yes, we do. We have -- our case has
6  progressed considerably in front of Judge Shadur already. We
7  filed an amended complaint with two new plaintiffs. The
8  defendant has answered in partial to move to dismiss which we
9  have already opposed. Discovery is underway.
10        JUDGE BREYER: What about the Perez action being
11 consolidated in front of Judge Shadur?
12        MR. KOPEL: We have no position on that.
13        Thank you.
14        JUDGE HEYBURN: Thank you very much. We'll take the
15 matter under submission.
16              (The proceeding ended at 10:30 A.M.)
17
18
19
20
21
22
23
24
25

```
 1                          CERTIFICATE

 2              I, Maureen Lockhart-Wagner, hereby certify that

 3   the foregoing is a true and accurate transcript, to the best of

 4   my skill and ability, from my stenographic notes of this

 5   proceeding.

 6

 7

 8
                                     _____
 9                                   Maureen Lockhart-Wagner, RMR-CM
                                     Court Reporter
10                                   August 8, 2013

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# Index

## 0
**04105** [1] - 1:21

## 1
**10:24** [1] - 1:6
**10:30** [1] - 7:16
**1404** [6] - 3:17, 3:20, 3:23, 4:9, 6:21, 6:23
**1407** [3] - 4:5, 4:10, 6:25

## 2
**2013** [2] - 1:6, 8:10
**207)797-6040** [1] - 1:21
**2455** [2] - 1:4, 3:2
**25** [1] - 1:6

## 8
**8** [1] - 8:10

## A
**A.M** [2] - 1:6, 7:16
**ability** [1] - 8:4
**accurate** [1] - 8:3
**action** [5] - 3:9, 3:11, 5:21, 6:12, 7:10
**additional** [1] - 3:9
**address** [1] - 4:6
**advised** [1] - 4:6
**advocated** [1] - 6:21
**ago** [1] - 4:23
**agree** [4] - 3:19, 3:23, 4:1, 4:9
**agreed** [1] - 4:4
**allegations** [1] - 3:10
**alleged** [1] - 5:23
**amended** [1] - 7:7
**answered** [1] - 7:8
**APPEARANCES** [1] - 2:1
**appeared** [1] - 3:13
**appropriate** [1] - 4:5
**arguments** [1] - 3:3
**assigned** [1] - 4:23
**august** [1] - 8:10

## B
**BARBADORO** [3] - 1:14, 5:19, 6:4

**Behler** [1] - 2:3
**best** [2] - 5:18, 8:3
**between** [1] - 4:14
**bit** [1] - 5:20
**BREYER** [7] - 1:15, 4:14, 4:21, 5:13, 5:15, 7:2, 7:10
**briefing** [1] - 3:17
**Bursor** [1] - 2:6

## C
**California** [2] - 3:10, 4:8
**case** [19] - 4:7, 4:18, 4:19, 4:22, 4:24, 5:2, 5:4, 5:5, 5:9, 5:11, 6:1, 6:3, 6:6, 6:8, 6:10, 6:17, 7:3, 7:5
**cases** [6] - 3:16, 3:18, 3:20, 4:10, 4:11, 5:22
**centralization** [5] - 3:14, 4:5, 4:25, 6:19, 6:25
**centralize** [1] - 4:10
**CERTIFICATE** [1] - 8:1
**certification** [1] - 4:12
**certify** [2] - 3:11, 8:2
**Chairman** [1] - 1:12
**challenge** [1] - 5:19
**challenged** [1] - 3:23
**CHARLES** [1] - 1:15
**circumstances** [1] - 3:24
**City** [1] - 2:4
**civil** [1] - 6:1
**class** [2] - 3:11, 4:12
**CM** [1] - 8:9
**complaint** [2] - 3:11, 7:7
**completely** [1] - 5:8
**computer** [1] - 1:24
**conduct** [2] - 5:21, 5:24
**considerably** [1] - 7:6
**consolidated** [2] - 3:20, 7:11
**consolidating** [1] - 3:18
**consolidation** [2] - 3:7, 5:5
**CONTRACT** [1] - 1:5
**contract** [1] - 6:4
**Contract** [1] - 3:2
**contracts** [4] - 5:17,

5:25, 6:1
**correct** [2] - 4:2, 6:5
**Court** [2] - 1:20, 8:9
**court** [1] - 4:13

## D
**dealing** [1] - 4:13
**Defendant** [2] - 3:6, 6:21
**defendant** [1] - 7:8
**defendants** [1] - 3:4
**difference** [1] - 5:24
**different** [11] - 5:9, 5:10, 5:11, 5:13, 5:15, 5:16, 5:17, 5:25, 6:2, 6:3, 6:4
**discovery** [5] - 5:13, 5:15, 5:16, 6:3, 7:9
**discussions** [1] - 3:21
**dismiss** [1] - 7:8
**District** [11] - 3:8, 3:10, 3:14, 4:15, 4:25, 6:18, 6:20, 6:22, 6:23, 6:25, 7:3

## E
**efficient** [1] - 3:15
**either** [1] - 4:20
**elected** [1] - 6:7
**ended** [1] - 7:16
**entities** [2] - 6:2
**Esq** [2] - 2:3, 2:6
**essential** [2] - 4:11, 5:20
**Etcheverry** [3] - 2:3, 3:4, 3:6
**ETCHEVERRY** [13] - 3:5, 4:2, 4:4, 4:17, 4:22, 5:4, 5:8, 5:14, 5:16, 5:23, 6:5, 6:7, 6:11

## F
**fact** [1] - 3:20
**factual** [1] - 3:12
**Falmouth** [1] - 1:21
**favor** [1] - 3:14
**filed** [3] - 3:8, 3:9, 7:7
**first** [1] - 3:3
**Fisher** [1] - 2:6
**Florida** [1] - 6:22
**folks** [1] - 3:21
**foregoing** [1] - 8:3

**forum** [1] - 3:15
**frankly** [1] - 4:22
**front** [7] - 3:7, 4:17, 6:18, 6:20, 7:4, 7:6, 7:11

## G
**government** [3] - 5:9, 5:25, 6:6
**governmental** [1] - 6:2
**great** [1] - 4:11
**Group** [1] - 1:20

## H
**handled** [1] - 5:18
**Harry** [1] - 2:5
**heard** [1] - 6:24
**HEARING** [1] - 1:9
**hereby** [1] - 8:2
**HEYBURN** [8] - 1:12, 3:2, 3:25, 4:3, 5:2, 5:7, 6:14, 7:14
**Honor** [1] - 3:5

## I
**II** [1] - 1:12
**III** [1] - 2:5
**Illinois** [9] - 3:8, 3:14, 4:15, 5:1, 6:18, 6:20, 6:23, 7:1, 7:3
**IN** [1] - 1:3
**Inc** [1] - 2:2
**INC** [1] - 1:4
**inconsistent** [1] - 4:12
**indicated** [2] - 3:22, 4:8
**intervene** [1] - 6:8
**involved** [1] - 6:6
**involves** [1] - 5:9
**issue** [3] - 3:16, 4:6, 4:12
**issues** [2] - 3:12, 5:10

## J
**JOHN** [1] - 1:12
**judge** [3] - 4:15, 4:21, 7:2
**JUDGE** [22] - 1:12, 1:13, 1:14, 1:15, 1:16, 1:17, 3:2, 3:25, 4:3,

4:14, 5:2, 5:7, 5:13, 5:15, 5:19, 6:4, 6:6, 6:9, 6:14, 7:2, 7:10, 7:14
**Judge** [10] - 1:18, 3:8, 4:15, 4:18, 4:21, 4:24, 6:19, 6:20, 7:6, 7:11
**JUDICIAL** [1] - 1:1
**July** [1] - 1:6

## K
**KAPLAN** [1] - 1:16
**KATHRYN** [1] - 1:13
**Kopel** [2] - 2:6, 6:16
**kopel** [1] - 6:15
**KOPEL** [3] - 6:16, 7:5, 7:12

## L
**Lake** [1] - 2:4
**Latimer** [1] - 2:3
**LEWIS** [1] - 1:16
**litigation** [1] - 3:15
**Litigation** [1] - 3:3
**LITIGATION** [2] - 1:1, 1:5
**Lockhart** [3] - 1:20, 8:2, 8:9
**Lockhart-Wagner** [3] - 1:20, 8:2, 8:9
**Lyndon** [2] - 4:7, 4:19

## M
**Maine** [1] - 1:5
**Marjorie** [1] - 1:18
**Marovich** [2] - 4:21, 4:24
**materialized** [1] - 6:24
**matter** [1] - 7:15
**Maureen** [3] - 1:20, 8:2, 8:9
**MDL** [1] - 1:4
**ME** [1] - 1:21
**mechanical** [1] - 1:23
**Midgley** [4] - 2:5, 4:4, 4:18, 6:17
**month** [1] - 4:23
**Moravich** [1] - 4:16
**morning** [4] - 3:5, 3:13, 4:6, 6:16
**most** [1] - 3:15

move [1] - 7:8
MR [15] - 3:5, 4:2, 4:17, 4:22, 5:4, 5:8, 5:14, 5:16, 5:23, 6:5, 6:7, 6:11, 6:16, 7:5, 7:12
MULTIDISTRICT [1] - 1:1

**N**

nationwide [1] - 3:11
new [1] - 7:7
New [1] - 2:7
next [1] - 3:2
NO [1] - 1:4
Northern [9] - 3:7, 3:14, 4:15, 4:25, 6:18, 6:19, 6:23, 6:25, 7:3
notes [1] - 8:4
NY [1] - 2:7

**O**

OF [1] - 1:9
ON [1] - 1:1
one [2] - 3:9, 4:13
opposed [1] - 7:9
own [1] - 5:6

**P**

P.A [1] - 2:6
PANEL [1] - 1:1
Panel [1] - 3:13
papers [1] - 3:8
pardon [1] - 5:14
parrots [1] - 3:10
Parsons [1] - 2:3
partial [1] - 7:8
parties [3] - 3:13, 3:19, 5:10
PAUL [1] - 1:14
Perez [4] - 4:21, 4:22, 5:2, 7:10
plaintiff [1] - 4:4
plaintiffs [7] - 3:21, 3:25, 4:7, 4:8, 5:9, 6:17, 7:7
Portland [1] - 1:5
position [1] - 7:12
prefer [1] - 5:11
preference [2] - 4:14, 4:20
PRESIDING [1] - 1:11
private [3] - 6:9, 6:11
proceed [2] - 5:5, 5:11
proceeding [2] - 7:16, 8:5
PROCEEDINGS [1] - 3:1
Proceedings [1] - 1:23
proceedings [1] - 4:24
produced [1] - 1:24
progressed [1] - 7:6
prospect [2] - 3:18, 3:19
pursuant [2] - 4:10, 6:23

**Q**

qui [3] - 5:2, 5:4, 5:21

**R**

raises [1] - 3:12
Ray [1] - 3:6
Raymond [1] - 2:3
RE [1] - 1:3
really [2] - 4:19, 5:15
reasonable [2] - 3:17, 3:19
recorded [1] - 1:23
Recused [1] - 1:18
Rendell [1] - 1:18
Reporter [2] - 1:20, 8:9
Reporting [1] - 1:20
represent [2] - 3:6, 6:16
request [1] - 4:25
respect [4] - 3:17, 4:18, 4:24, 6:2
respects [1] - 5:17
risk [1] - 4:11
RMR [2] - 1:20, 8:9
RMR-CM [1] - 8:9
rulings [1] - 4:12

**S**

SAFE [1] - 1:5
Salt [1] - 2:4
SARAH [1] - 1:17
seeks [1] - 3:11
separately [2] - 5:12, 5:18
Shadur [6] - 3:8, 4:18, 6:19, 6:20, 7:6, 7:11
significantly [1] - 5:25
similar [1] - 5:23
skill [1] - 8:4
sorts [1] - 3:12
sought [2] - 3:7, 5:5
Southern [3] - 3:9, 4:7, 6:22
speed [1] - 4:19
STATES [1] - 1:1
stenographic [1] - 8:4
stenography [1] - 1:23
STERI [1] - 1:5
STERI-SAFE [1] - 1:5
Stericycle [4] - 2:2, 3:2, 3:6, 6:21
STERICYCLE [1] - 1:4
submission [1] - 7:15
support [2] - 6:19, 6:25

**T**

tam [3] - 5:2, 5:4, 5:21
terms [1] - 6:4
they've [2] - 3:22, 6:7
transcript [1] - 8:3
TRANSCRIPT [1] - 1:9
Transcript [1] - 1:24
transfer [2] - 3:23, 4:9
transferred [1] - 6:22
true [1] - 8:3
two [2] - 3:3, 7:7

**U**

under [7] - 3:20, 3:23, 4:5, 4:9, 4:24, 7:15
underway [1] - 7:9
UNITED [1] - 1:1
up [1] - 4:19
UT [1] - 2:4
utilize [1] - 6:21

**V**

VANCE [3] - 1:17, 6:6, 6:9
view [1] - 7:2
voluntarily [1] - 6:23
VRATIL [1] - 1:13

**W**

Wagner [3] - 1:20, 8:2, 8:9
wrongful [2] - 5:21, 5:24

**Y**

Yitzchak [2] - 2:6, 6:16
York [1] - 2:7